Jason W. Estavillo (Bar No. 188093)
LAW OFFICES OF JASON ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

Attorneys for Theresa M. Schoenbart

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA M. SCHOENBART,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants | Case No.: 3:16-CV-00070<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE HEARINGS**<br><br>**Current Date: February 18, 2016**<br>**Current Time: 8:00 A.M.**<br>**Courtroom: 8** |

Stipulation is entered into by and between Plaintiff Theresa M. Schoenbart ("Plaintiff"), and Defendants JPMorgan Chase Bank, National Association (hereafter "JPMorgan"); Caliber Home Loans, Inc. (hereafter "Caliber") (collectively "Defendants") by and through their counsel stipulate and agree as follows:

　　　　WHEREAS, a Notice of Removal was filed January 6, 2016;

　　　　WHEREAS, Defendant JPMorgan Chase filed a Motion to Dismiss which was scheduled for February 18, 2016;

　　　　WHEREAS, the Court scheduled a Case Management Conference for February 18, 2016;

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS

WHEREAS, Plaintiff's counsel has a previously scheduled trip the week of February 15, 2016 and will not be available to attend the hearing;

WHEREAS, the parties stipulate and agree that the hearings be continued by forty-two (42) days to March 31, 2016;

WHEREAS, there have been no previous continuances in this matter;

WHEREAS, the Response and Reply documents have already been submitted.

///

///

///

///

///

///

///

///

///

///

LAW OFFICE OF JASON
W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiffs and Defendants, and subject to the approval of the Court, that:

1. The Motion to Dismiss and Case Management Conference hearings will be continued to March 31, 2016 at 8:00 A.M. in Courtroom 8 of the above-referenced Court;

Based upon the above the parties respectfully request that the Court approve this Stipulation and sign the proposed order set forth below.

**IT IS SO STIPULATED.**

Dated: February 5, 2016          DAVIS WRIGHT TREMAINE LLP

_____
John Douglas Freed
Attorney for JPMorgan Chase Bank, National Association

Dated: February 5, 2016          PERKINS COIE LLP

_____
Kristine Elizabeth Kruger
Attorney for Caliber Home Loans, Inc.

Dated: February 5, 2016          LAW OFFICE OF JASON W. ESTAVILLO, PC

_____
Jason W. Estavillo
Attorney for Theresa M. Schoenbart

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS

## [~~PROPOSED~~] ORDER

Having read the foregoing Stipulation of the parties and GOOD CAUSE appearing

**IT IS ORDERED** that:

1. The Motion to Dismiss and Case Management Conference hearings will be continued to March 31, 2016 at 8:00 A.M. in Courtroom 8 of the above-referenced Court;

**IT IS SO ORDERED.**

Dated: February __8__, 2016                                         _____

                                                                                                  Judge of the District Court

LAW OFFICE OF JASON
W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

4

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARINGS