Jason W. Estavillo (Bar No. 188093)
LAW OFFICES OF JASON ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

Attorneys for Theresa M. Schoenbart

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA M. SCHOENBART,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants | Case No.: 3:16-CV-00070<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES**<br><br>Date: March 31, 2016<br>Time: 8:00 A.M.<br>Courtroom: 8, 19th Floor |

Stipulation is entered into by and between Plaintiff Theresa M. Schoenbart ("Plaintiff"), and Defendants Caliber Home Loans, Inc. (hereafter "Caliber" or "Defendants") by and through their counsel stipulate and agree as follows:

　　WHEREAS, a Notice of Removal was filed January 6, 2016;

　　WHEREAS, Defendant Caliber Home Loans, Inc. filed a Motion to Dismiss OF February 12, 2016, which is scheduled for hearing on March 31, 2016;

　　WHEREAS, the current Response and Reply due dates are February 26, 2016 and March 2, 2016, respectively;

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

1

STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES

WHEREAS, the parties stipulate and agree that the Response and reply due dates be extended by five (5) days so that the Response is due March 2, 2016 and the Reply is due March 9, 2016.

## **STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiffs and Defendants, and subject to the approval of the Court, that:

1. The Motion to Dismiss Response and Reply deadlines will be extended by five (5) days to March 2, 2016 and March 9, 2016, respectively.

Based upon the above the parties respectfully request that the Court approve this Stipulation and sign the proposed order set forth below.

**IT IS SO STIPULATED.**

Dated: February 26, 2016            PERKINS COIE LLP

/s/Kristine Elizabeth Kruger

Kristine Elizabeth Kruger
Attorney for Caliber Home Loans, Inc.

Dated: February 26, 2016            LAW OFFICE OF JASON W. ESTAVILLO, PC

/s/Jason W. Estavillo

Jason W. Estavillo
Attorney for Theresa M. Schoenbart

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile:  (510) 982-3002

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES

# [~~PROPOSED~~] ORDER

Having read the foregoing Stipulation of the parties and GOOD CAUSE appearing

**IT IS ORDERED** that:

1. The Motion to Dismiss Response and Reply deadlines will be extended by five (5) days to March 2, 2016 and March 9, 2016 respectively. No more extensions will be granted.

**IT IS SO ORDERED.**

Dated: __February 26__, 2016       _____

                                                      Judge of the District Court

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002