United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SCHOENBART, | No. C 16-00070 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR SUPPLEMENTAL BRIEFING RE RECENT CALIFORNIA SUPREME COURT DECISION** |
| JPMORGAN CHASE BANK, N.A; CALIBER HOME LOANS, INC., | |
| Defendants. | |

The California Supreme Court recently issued its decision in *Yvanova v. New Century Mortgage Corp.*, __ P.3d __, No. S218973, 2016 WL 639526 (Cal. Feb. 18, 2016). By **NOON ON MARCH 25, 2016**, the parties shall address, in five pages or less, to what extent *Yvanova* affects the pending motions to dismiss, if at all.

**IT IS SO ORDERED.**

Dated: March 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE