IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SCHOENBART,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A;
CALIBER HOME LOANS, INC.,

    Defendants.

No. C 16-00070 WHA

**ORDER RE MOTIONS TO DISMISS**

For the reasons stated on the record at today's oral argument, defendant JPMorgan Chase Bank, N.A., is hereby **DISMISSED WITHOUT PREJUDICE**. By **NOON ON APRIL 14, 2016**, plaintiff shall file an amended complaint, naming U.S. Bank Trust, N.A., as a defendant. Defendants shall respond to the amended complaint in accordance with the Federal Rules of Civil Procedure.

By **NOON ON APRIL 4, 2016**, plaintiff's counsel shall submit a letter affirming that they have spoken with their client, that she has the ability to make monthly mortgage payments, and shall state the amount she could realistically pay on a monthly basis. Depending on plaintiff's ability to pay, the undersigned judge will consider referring this case to early mediation with the foreclosure ADR unit.

**IT IS SO ORDERED.**

Dated: March 31, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE