Jason W. Estavillo (Bar No. 188093)
LAW OFFICES OF JASON ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

Attorneys for Theresa M. Schoenbart

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA M. SCHOENBART,<br><br>    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>    Defendants | Case No.: 3:16-CV-00070<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES**<br><br>Current due date: April 14, 2016<br>Proposed due Date: April 28, 2016 |

Stipulation is entered into by and between Plaintiff Theresa M. Schoenbart ("Plaintiff"), and Defendants Caliber Home Loans, Inc. (hereafter "Caliber" or "Defendant") by and through their counsel stipulate and agree as follows:

WHEREAS, the Court issued Civil Minutes setting the due date for an Amended Complaint to be filed by Plaintiffs by April 14, 2016;

WHEREAS, the parties stipulate and agree that the due date for the Amended Complaint be extended to April 28, 2016.

///

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

1

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES

# **STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff and Defendant, and subject to the approval of the Court, that:

1. The due date for the Amended Complaint be extended to April 28, 2016.

Based upon the above the parties respectfully request that the Court approve this Stipulation and sign the proposed order set forth below.

**IT IS SO STIPULATED.**

Dated: April 12, 2016          PERKINS COIE LLP

                               /s/Kristine Elizabeth Kruger

                               Kristine Elizabeth Kruger
                               Attorney for Caliber Home Loans, Inc.

Dated: April 13, 2016          LAW OFFICE OF JASON W. ESTAVILLO, PC

                               /s/Jason W. Estavillo

                               Jason W. Estavillo
                               Attorney for Theresa M. Schoenbart

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES

# [~~PROPOSED~~] ORDER

Having read the foregoing Stipulation of the parties and GOOD CAUSE appearing

**IT IS ORDERED** that:

1. The due date for the Amended Complaint be extended to April 28, 2016.

**IT IS SO ORDERED.**

Dated: __April 14__, 2016             _____

                                      Judge of the District Court

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

3

STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES