IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SCHOENBART,                                    No. C 16-00070 WHA

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A;            **ORDER TO SHOW CAUSE**
CALIBER HOME LOANS, INC., U.S.
BANK NATIONAL ASSOCIATION, as
trustee for LSF9 Master Participation Trust,

    Defendants.
                                  /

      Defendant JPMorgan Chase Bank, N.A., moved for entry of judgment, and defendants Caliber Home Loans, Inc., and U.S. Bank National Association moved to dismiss. The hearing on both motions is rescheduled for June 23. Plaintiff's responses were due on May 27, but no responses were filed. On May 31, the parties filed a stipulation seeking to continue the hearing date to July 7, noting that plaintiff's counsel have a hearing in Los Angeles on June 23. The stipulation also proposes to extend the deadlines for all briefing, but offers no good cause for the extension or any explanation for plaintiff's failure to respond.

      By **JUNE 1 AT NOON**, both sides are hereby **ORDERED** to **SHOW CAUSE**, in writing, why the request to extend the deadlines should be granted. Plaintiff shall also please explain her failure to timely respond to the pending motions and the delay in seeking this continuance.

      **IT IS SO ORDERED.**

Dated: May 31, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE