United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA M. SCHOENBART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>QUALITY LOAN SERVICE CORPORATION, CALIBER HOME LOANS, INC., and U.S. BANK NATIONAL ASSOCIATION, as Trustee for LSF9 Master Participation Trust,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 16-00070 WHA<br><br>**NOTICE RE OPPORTUNITIES<br>FOR YOUNG ATTORNEYS** |

　　Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions.

Dated: July 1, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE