IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SCHOENBART,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, as trustee for LSF9 Master Participation Trust, QUALITY LOAN SERVICE CORPORATION, CALIBER HOME LOANS, INC., and DOES 1–20,

    Defendants.

No. C 16-00070 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying Schoenbart's motion for leave to file a second amended complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants U.S. Bank National Association, Quality Loan Service Corporation, and Caliber Home Loans, Inc., and against plaintiff Theresa Schoenbart. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 14, 2016.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE